# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21-CR-1697-TWR |
|---|---|
| Plaintiff, vs. | |
| ALVARO HERNANDEZ | JUDGMENT OF DISMISSAL |
| Defendant | |

**FILED JUL 1 2 2021**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged ~~for the reason that:~~

- [x] an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or
- [ ] the Court has dismissed the case for unnecessary delay; or
- [ ] the Court has granted the motion of the Government for dismissal, without prejudice; or
- [ ] the Court has granted the motion of the defendant for a judgment of acquittal; or
- [ ] a jury has been waived, and the Court has found the defendant not guilty; or
- [ ] the jury has returned its verdict, finding the defendant not guilty;
- [x] of the offense(s) as charged in the Indictment/Information:
- [x] Ct 1 - 21:952 and 960 - Importation of Methamphetamine (Felony)

Date: 7/12/2021

Hon. Andrew G. Schopler
United States Magistrate Judge